UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date: September 30, 2013        JUDGE: Yvonne Gonzalez Rogers

Case No:  C-13-2132- YGR        Time: FTR  2:37pm-2:50pm

Case Name: Hopwood, et al v. Nuance Communications

Attorney(s) for Plaintiff:        Rafey Balabanian

Attorney(s) for Defendant:        Tiffany Cheung
                                  Maggie Mayo

Deputy Clerk: Frances Stone

### PROCEEDINGS

Initial CMC- HELD


Next Case Management Conference: 11/4/13 at 2:00pm
Updated CMC Statement to be filed by: 10/28/13

Notes: In light of Defendant's intent to disclose the name of third-party vendor to Plaintiff in the week following the 9/30/13 CMC, the last day to join parties or amend pleadings is 10/31/13.

The parties are on notice that fact discovery in this matter will close prior to the proposed 3/6/14 date.  The parties shall meet and confer to propose schedule consistent with discussions at the CMC.

The Court will permit an attorney that is not lead trial counsel to appear on behalf of Plaintiff at the next CMC.  The attorney must have full authority to enter into stipulations and discuss substantive matters on the case.