LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:   415-318-8810
Facsimile:   415-676-5816

Attorneys for Defendant
INFINITY CONTACT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>　　　　　　　Defendants. | CASE NO. CV-13-2132-YGR<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Local Rule 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　　　Defendant Nuance Communications, Inc.

　　　　2.　　　Defendant Infinity Contact, Inc.

...

Dated: November 8, 2013            Respectfully submitted,

                                   LOCKE LORD LLP


                                   By:   /s/ Sally W. Mimms

                                   Regina J. McClendon
                                   Sally W. Mimms
                                   Attorneys for Defendant
                                   INFINITY CONTACT, INC.

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104