1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation, <br><br> *Defendants*. | Case No.     CV-13-2132-YGR <br><br> ~~[PROPOSED]~~ SCHEDULING ORDER <br><br> **Judge:** Hon. Yvonne Gonzalez Rogers |

17

18

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this

Court, the following schedule shall govern these proceedings:

19

20

21

22

23

24

25

26

27

28

     1.    Deadline to seek leave to amend pleadings:  October 31, 2013;

     2.    Deadline for the Parties to complete private mediation:  December 20, 2013;

     3.    Deadline to complete class certification fact discovery:  January 31, 2014;

     4.    Plaintiffs' deadline to disclose expert witnesses and reports regarding class certification:  February 7, 2014;

     5.    Defendants' deadline to disclose expert witnesses and reports regarding class certification:  February 28, 2014;

     6.    Deadline to complete class certification expert discovery:  March 14, 2014;

     7.    Plaintiffs' motion for class certification due:  March 28, 2014;

8.    Defendants' opposition to class certification due:  April 25, 2014;

9.    Plaintiffs' reply in support of class certification due:  May 9, 2014.

10.   Hearing on Plaintiffs' motion for class certification:  May 27, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 12, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE