JAY EDELSON*
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *pro hac vice*)
rbalabanian@edelson.com
CHRISTOPHER DORE (Admitted *pro hac vice*)
cdore@edelson.com
BENJAMIN H. RICHMAN (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

SEAN P. REIS (SBN 184044)
sreis@reisfirm.com
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 713-9440

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>  *Defendants*. | Case No. CV-13-2132-YGR<br><br>**CERTIFICATION OF CONFERENCE REGARDING ASSIGNMENT TO MAGISTRATE JUDGE**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

CERTIFICATION                                    CASE NO. 3:13-CV-02132-YGR

By Order entered December 3, 2013 (Dkt. 44), the Court requested that the Parties confer with their respective counsel regarding whether they would consent to proceed before a Magistrate Judge for all purposes in this matter, and to inform the Court of their views of the same. In response to the Court's Order, counsel for Plaintiffs William Hopwood and Teresa Martinez hereby certify that Plaintiffs have conferred with their counsel regarding the possibility of assignment of this case to a Magistrate Judge. At the present time, however, Plaintiffs respectfully decline to proceed before a Magistrate Judge for all purposes.

Respectfully Submitted,

**WILLIAM HOPWOOD** and **TERESA MARTINEZ**, individually and on behalf of all others similarly situated,

Dated: December 18, 2013

By: /s/ Benjamin H. Richman
  One of Plaintiffs' Attorneys

JAY EDELSON*
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *pro hac vice*)
rbalabanian@edelson.com
CHRISTOPHER DORE (Admitted *pro hac vice*)
cdore@edelson.com
BENJAMIN H. RICHMAN (Admitted *pro hac vice*)
brichman@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

SEAN P. REIS (SBN 184044)
sreis@reisfirm.com
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 713-9440