| | |
|---|---|
| PAUL T. FRIEDMAN (SBN 98381)<br>pfriedman@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>tcheung@mofo.com<br>MARGARET MAYO (SBN 259685)<br>mmayo@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>*Attorneys for Defendant*<br>NUANCE COMMUNICATIONS, INC.<br><br>[*Additional counsel on signature page*] | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-13-2132-YGR<br><br>**PARTIES' JOINT STATUS REPORT AND STIPULATION TO CONTINUE CASE SCHEDULE TO FACILITATE FURTHER MEDIATION SESSION; [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE SCHEDULE TO FACILITATE FURTHER MEDIATION SESSION**<br><br>[LOCAL RULES 6-2, 7-12]<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby submit the instant joint status report to provide context for the stipulation to continue the current schedule of case deadlines, subject to the Court's approval, set forth below. There have been several significant developments in the case, but the parties ultimately require a ninety (90) day extension of the current case schedule to continue their efforts to mediate and resolve the litigation, and, to the extent that does not happen, to exchange the information necessary to address the issue of class certification. Thus, in support of their stipulation and to apprise the Court of the current status of this case, the parties state as follows:

1  In accordance with the Court's November 12, 2013 Scheduling Order (Dkt. 39)
2  ("Scheduling Order"), on December 18th, the parties held their first private mediation session
3  before the Honorable James Larson (ret.) of JAMS. While no resolution was reached at that time,
4  the parties' discussions were productive such that they agreed to set a second mediation before
5  Judge Larson on February 26th (due to scheduling issues, this mediation session was rescheduled
6  from February 7th). Although it is perhaps too early to say that a settlement is likely, all of the
7  parties are committed to working cooperatively and in good faith towards the eventual goal of
8  settlement.

9  While the parties have decided to continue down the path of mediation, they are also
10 mindful of the need to move forward with the litigation should mediation prove unsuccessful. To
11 that end, all parties have propounded written discovery requests—including interrogatories,
12 request for production and requests to admit. Plaintiffs will serve their written answers and
13 produce documents and information by January 21st, and the parties have agreed that Defendants
14 will serve written responses and produce documents and information no later than February 14th.

15 That said, formal discovery is not the only means by which the parties have exchanged
16 relevant information. Prior to and following their first mediation, the parties exchanged
17 information regarding the propriety of class certification, the merits of the case, and information
18 otherwise necessary to facilitate productive settlement discussions. Those efforts remain ongoing
19 as well. In particular, Defendants have agreed to provide Plaintiffs additional information relevant
20 to assessing the potential scope of the putative class alleged and Defendants' defenses within
21 twenty-one (21) days of the filing of the instant status report and stipulation.

22 Notwithstanding, in light of their efforts to resolve the case and despite their progress in
23 discovery, the parties are in need of a ninety (90) day extension of the current case deadlines.
24 Such an extension will assist in their ongoing mediation and discovery efforts, and also conserve
25 the resources of the parties and the Court by avoiding, *inter alia*, the need to proceed with class
26 certification and dispositive motion practice now—which would be unnecessary if the parties are
27 able to resolve the case as a result of the second mediation session. Because they are continuing
28

to actively pursue discovery, the parties will be prepared to move forward in the litigation without delay should the mediation be unsuccessful.

For these reasons, good cause exists[1] to extend the current schedule of deadlines set forth in the Court's November 12th Scheduling Order and its December 3, 2013 Order Regarding Parties' Stipulation and Setting Compliance Hearing (Dkt. 44), as follows:

1. Nuance's deadline to file a reply in support of its motion to dismiss the First Amended Complaint: February 28, 2014;

2. Hearing on Nuance's motion to dismiss the First Amended Complaint: to be re-set on 28 days' notice after the next mediation session;

3. Deadline to complete class certification fact discovery: May 2, 2014;

4. Plaintiffs' deadline to disclose expert witnesses and reports regarding class certification: May 9, 2014;

5. Defendants' deadline to disclose expert witnesses and reports regarding class certification: May 30, 2014;

6. Deadline to complete class certification expert discovery: June 13, 2014;

7. Plaintiffs' motion for class certification due: June 27, 2014;

8. Defendants' opposition to class certification due: July 25, 2014;

9. Plaintiffs' reply in support of class certification due: August 8, 2014.

10. Hearing on Plaintiffs' motion for class certification: August 26, 2014 at 2:00 p.m.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that:

1. All case deadlines are hereby continued and re-set as set forth above; and

2. The parties shall submit a status report within seven (7) days of the February 26, 2014 mediation before Judge Larson (ret.) to update the Court regarding the status of the parties' settlement discussions.

---

[1] Fed. R. Civ. P. 6(b) provides that the Court may, for good cause shown, extend the time to complete any required act.

IT IS SO STIPULATED.

                                         **WILLIAM HOPWOOD** and **TERESA MARTINEZ,**
individually and on behalf of all others similarly situated,

Dated: January 17, 2014           By:   /s/ Benjamin H. Richman
                                                       One of Plaintiffs' Attorneys

                                         Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Sean P. Reis (SBN 184044)
sreis@reisfirm.com
EDELSON PC
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124

Stefan Coleman, Esq.*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427.

Dated: January 17, 2014          **NUANCE COMMUNICATIONS, INC.**,

                                         By:   /s/ Tiffany Cheung
                                                    Tiffany Cheung

                                         PAUL T. FRIEDMAN
TIFFANY CHEUNG
MARGARET E. MAYO
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Dated: January 17, 2014         **INFINITY CONTACT, INC.**

By: ____/s/ Regina McClendon_____
       Regina McClendon

REGINA MCCLENDON
SALLY W. MIMMS
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:    415-318-8810
Facsimile:    415-676-5816

## **FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Tiffany Cheung, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Joint Case Status Report and Stipulation to Stay Case Schedule to Facilitate Further Mediation Session***, and that Benjamin H. Richman and Regina McClendon have concurred in this filing.

__/s/_ Tiffany Cheung_____
       Tiffany Cheung

## **[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers