Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional counsel appearing on signature page.]

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>　　　　　*Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: May 8, 2013 |

Plaintiffs William Hopwood and Teresa Martinez ("Plaintiffs"), and Defendants Nuance Communications, Inc. and Infinity Contact, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to the Court's January 23, 2014 Order continuing case deadlines (Dkt. 58), hereby submit the instant joint report regarding the status of their settlement discussions, and state as follows:

By Order entered January 23rd, the Court continued all discovery and general case deadlines in this matter by approximately ninety (90) days pending the Parties' upcoming second private mediation and their ongoing discovery efforts. Since then and as scheduled, Defendants have served their respective written responses to Plaintiffs' outstanding discovery requests, and produced responsive documents and information. Plaintiffs have likewise served their respective written discovery responses and produced responsive documents. The Parties also proceeded with their second mediation before the Honorable James Larson (ret.) of JAMS (San Francisco) on February 26th. The mediation lasted over 10 hours. Although the Parties have not yet reached a settlement, the mediation was productive nonetheless.

The Parties agreed that they would continue their settlement discussions in good faith after the mediation and are in the process of doing so.  The Parties will inform the Court as soon as possible if a settlement in principle is reached among them.

//
//
//
//
//
//
//
//
//
//
//

JOINT STATUS REPORT                                   1                          CASE NO. 4:13-CV-02132-YGR

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | **WILLIAM HOPWOOD** and **TERESA MARTINEZ,** individually and on behalf of all others similarly situated, |
| 3 |  |  |
| 4 | Dated: March 5, 2014 | By: /s/ Benjamin H. Richman<br>One of Plaintiffs' Attorneys |

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan Coleman, Esq. (Admitted *Pro Hac Vice*)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

**NUANCE COMMUNICATIONS, INC.**,

Dated: March 5, 2014         By: /s/ Tiffany Cheung
                                  One of Defendant's Attorneys

Paul T. Friedman
Tiffany Cheung
Margaret E. Mayo
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

|  |  |
|---|---|
| | **INFINITY CONTACT, INC.**, |
| Dated: March 5, 2014 | By: /s/ Regina McClendon |
| | One of Defendant's Attorneys |

Regina McClendon
Sally W. Mimms
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Tel: 415.318.8810
Fax: 415.676.5816

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin H. Richman, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

/s/ Benjamin H. Richman