1  Mark Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Jay Edelson (Admitted *Pro Hac Vice*)
   jedelson@edelson.com
6  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
7  Benjamin H. Richman (Admitted *Pro Hac Vice*)
   brichman@edelson.com
8  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
9  EDELSON PC
   350 North LaSalle Street, Suite 1300
10 Chicago, Illinois 60654
   Tel: 312.589.6370
11 Fax: 312.589.6378

12 [Additional counsel appearing on signature page.]

13 *Attorneys for Plaintiffs and the Putative Classes*

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>Defendants. | Case No. 4:13-cv-02132-YGR<br><br>**PARTIES' JOINT NOTICE REGARDING PROPOSED CLASS ACTION SETTLEMENT AND REQUEST TO STAY CASE DEADLINES PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL, AND [PROPOSED] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: May 8, 2013 |

1   Plaintiffs William Hopwood and Teresa Martinez ("Plaintiffs"), and Defendants Nuance
2   Communications, Inc. and Infinity Contact, Inc. ("Defendants") (collectively, the "Parties"), by
3   and through their undersigned counsel, respectfully submit this Notice to inform the Court that
4   after engaging in two full days of private mediation before the Honorable James Larson (ret.) of
5   JAMS (San Francisco), and several months of additional settlement discussions with Judge
6   Larson's assistance, they have reached an agreement in principle, as memorialized in a
7   memorandum of understanding, for a proposed class action settlement of this matter, subject to
8   various contingencies.

9   The Parties are working on the settlement agreement and associated documents and
10  assuming a final agreement can be reached on this documentation, anticipate that a motion for
11  preliminary approval of a class action settlement can be filed with the Court no later than
12  September 30, 2014.

13  In the interim, and to allow them to focus their time and resources on the proposed
14  settlement for the Court's consideration, the Parties respectfully request that the Court stay all
15  deadlines in this matter pending the filing of a motion for preliminary approval no later than
16  September 30, 2014 and vacate the motion hearing currently set for August 26, 2014 at 2:00 p.m.

Respectfully submitted,

**WILLIAM HOPWOOD** and **TERESA MARTINEZ,** individually and on behalf of all others similarly situated,

Dated: August 22, 2014

By: /s/ Benjamin H. Richman
       One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

|    |                                |                                                                                                                                                   |
|----|--------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------|

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Stefan Coleman, Esq. (Admitted *Pro Hac Vice*)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

**NUANCE COMMUNICATIONS, INC.**,

Dated: August 22, 2014          By: /s/ Tiffany Cheung
                                        One of Defendant's Attorneys

Paul T. Friedman
Tiffany Cheung
Margaret E. Mayo
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

**INFINITY CONTACT, INC.**,

Dated: August 22, 2014          By: /s/ Regina McClendon
                                        One of Defendant's Attorneys

Regina McClendon
Sally W. Mimms
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8810
Fax: 415.676.5816

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin H. Richman, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

/s/ Benjamin H. Richman

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Joint Notice Regarding Proposed Class Action Settlement and Request to Stay Case Deadlines Pending Filing of Motion for Preliminary Approval, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED and ADJUDGED:**

1. In light of the Parties' notice regarding a settlement in principle in this matter, all deadlines in this case are hereby stayed;

2. The motion hearing currently set for August 26, 2014 at 2:00 p.m. is hereby vacated; and

3. A motion for preliminary approval of any proposed class action settlement shall be filed no later than September 30, 2014.

**IT IS SO ORDERED.**

ENTERED: _____

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE