Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional counsel appearing on signature page.]

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>*Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**PARTIES' JOINT NOTICE REGARDING PROPOSED CLASS ACTION SETTLEMENT AND REQUEST TO STAY CASE DEADLINES PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL, AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: May 8, 2013<br><br>*As Modified by the Court* |

Plaintiffs William Hopwood and Teresa Martinez ("Plaintiffs"), and Defendants Nuance Communications, Inc. and Infinity Contact, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Notice to inform the Court that after engaging in two full days of private mediation before the Honorable James Larson (ret.) of JAMS (San Francisco), and several months of additional settlement discussions with Judge Larson's assistance, they have reached an agreement in principle, as memorialized in a memorandum of understanding, for a proposed class action settlement of this matter, subject to various contingencies.

The Parties are working on the settlement agreement and associated documents and assuming a final agreement can be reached on this documentation, anticipate that a motion for preliminary approval of a class action settlement can be filed with the Court no later than September 30, 2014.

In the interim, and to allow them to focus their time and resources on the proposed settlement for the Court's consideration, the Parties respectfully request that the Court stay all deadlines in this matter pending the filing of a motion for preliminary approval no later than September 30, 2014 and vacate the motion hearing currently set for August 26, 2014 at 2:00 p.m.

Respectfully submitted,

**WILLIAM HOPWOOD** and **TERESA MARTINEZ,** individually and on behalf of all others similarly situated,

Dated: August 22, 2014

By: /s/ Benjamin H. Richman
    One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

|     |                                                                                                                                                                                                 |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Mark Eisen (SBN - 289009)                                                                                                                                                                       |
| 2   | meisen@edelson.com<br>EDELSON PC                                                                                                                                                                |
| 3   | 555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013                                                                                                                              |
| 4   | Tel: 213.533.4100<br>Fax: 213.947.4251                                                                                                                                                          |
| 5   | Stefan Coleman, Esq. (Admitted *Pro Hac Vice*)                                                                                                                                                  |
| 6   | law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, LLC                                                                                                                                     |
| 7   | 201 S Biscayne Blvd, 28th Floor<br>Miami, Florida 33131                                                                                                                                         |
| 8   | Tel: 877.333.9427                                                                                                                                                                               |
| 9   | **NUANCE COMMUNICATIONS, INC.**,                                                                                                                                                                |
| 10  | Dated: August 22, 2014            By:  /s/ Tiffany Cheung<br>                                             One of Defendant's Attorneys                                                           |
| 11  | Paul T. Friedman                                                                                                                                                                                |
| 12  | Tiffany Cheung<br>Margaret E. Mayo                                                                                                                                                              |
| 13  | MORRISON & FOERSTER LLP<br>425 Market Street                                                                                                                                                    |
| 14  | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000                                                                                                                               |
| 15  | Fax: (415) 268-7522                                                                                                                                                                             |
| 16  | **INFINITY CONTACT, INC.**,                                                                                                                                                                     |
| 17  | Dated: August 22, 2014            By:  /s/ Regina McClendon<br>                                             One of Defendant's Attorneys                                                         |
| 18  | Regina McClendon                                                                                                                                                                                |
| 19  | Sally W. Mimms<br>LOCKE LORD LLP                                                                                                                                                                |
| 20  | 44 Montgomery Street, Suite 4100<br>San Francisco, California 94104                                                                                                                             |
| 21  | Tel: 415.318.8810<br>Fax: 415.676.5816                                                                                                                                                          |
| 22  |                                                                                                                                                                                                 |
| 23  | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**                                                                                                                                                |
| 24  | I, Benjamin H. Richman, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all                |
| 25  | signatories have concurred in this filing.                                                                                                                                                      |
| 26  | /s/ Benjamin H. Richman                                                                                                                                                                         |
| 27  |                                                                                                                                                                                                 |
| 28  |                                                                                                                                                                                                 |

| | | |
|---|---|---|
| 1 | | **[PROPOSED] ORDER** |
| 2 | | This matter coming before the Court on the Parties' Joint Notice Regarding Proposed Class |
| 3 | Action Settlement and Request to Stay Case Deadlines Pending Filing of Motion for Preliminary |
| 4 | Approval, due and adequate notice having been given, and the Court being duly advised in the |
| 5 | premises, |
| 6 | **IT IS HEREBY ORDERED and ADJUDGED:** |
| 7 | 1. In light of the Parties' notice regarding a settlement in principle in this matter, all |
| 8 | deadlines in this case are hereby stayed; |
| 9 | 2. The motion hearing currently set for August 26, 2014 at 2:00 p.m. is hereby |
| 10 | vacated; and the pending motions (Dkt. Nos. 47-48) are deemed withdrawn without prejudice; |
| 11 | 3. A motion for preliminary approval of any proposed class action settlement shall be |
| 12 | filed no later than September 30, 2014. |
| 13 | **IT IS SO ORDERED.** |

ENTERED: August 25, 2014

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE