Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

[Additional counsel appearing on signature page.]

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>  *Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**PLAINTIFFS' STATEMENT REGARDING SETTLEMENT AND REQUEST FOR CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: May 8, 2013 |

1    Plaintiffs William Hopwood and Teresa Martinez ("Plaintiffs"), by and through their
2  undersigned counsel, respectfully submit this statement regarding the status of the parties'
3  settlement negotiations. Plaintiffs wish to advise the Court that, despite the parties' significant
4  efforts and several months of settlement discussions, they have reached an impasse in the
5  negotiation of a written settlement agreement, including with respect to several key terms. As
6  such, and having been unable to reach a resolution of the case at this juncture, Plaintiffs
7  respectfully request that the Court set a further case management conference (at its convenience)
8  and enter a revised schedule of discovery and general case deadlines so that the litigation may
9  proceed.

Respectfully submitted,

**WILLIAM HOPWOOD** and **TERESA MARTINEZ**, individually and on behalf of all others similarly situated,

Dated: October 14, 2014                By: /s/ Benjamin H. Richman
                                            One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Stefan Coleman, Esq. (Admitted *Pro Hac Vice*)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

| PLAINTIFFS' STATEMENT RE: SETTLEMENT & REQUESTING CASE MANAGEMENT CONFERENCE | 1 | CASE NO. 4:13-CV-02132-YGR |
|---|---|---|

**PROPOSED ORDER**

This matter coming before the Court on Plaintiffs' Statement Regarding Settlement and Request for Case Management Conference, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED and ADJUDGED:**

1. A case management conference is hereby set for _____, 2014 at _____; and,

2. No later than seven (7) days prior to the case management conference, the parties shall submit a joint proposed schedule of all discovery and general case deadlines.

**IT IS SO ORDERED.**

ENTERED: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE