| | |
|---|---|
| 1 | PAUL T. FRIEDMAN (SBN 98381) |
| | pfriedman@mofo.com |
| 2 | TIFFANY CHEUNG (SBN 211497) |
| | tcheung@mofo.com |
| 3 | MARGARET MAYO (SBN 259685) |
| | mmayo@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, CA 94105 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | *Attorneys for Defendant* |
| | NUANCE COMMUNICATIONS, INC. |
| 8 | |
| | [*Additional counsel on signature page*] |
| 9 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated, | | Case No.   CV-13-2132-YGR |
| | | **DEFENDANTS' JOINT STATEMENT REGARDING SETTLEMENT STATUS AND [PROPOSED] ORDER** |
| Plaintiffs, | | |
| v. | | |
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC. | | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | | |

Defendants Nuance Communications, Inc. and Infinity Contact, Inc. ("Defendants") by and through their undersigned counsel, respectfully submit this report regarding the status of the settlement in this case.

As Plaintiffs and Defendants have jointly reported to the Court, the parties have agreed to a settlement in principle, with key terms memorialized in a memorandum of understanding. That memorandum of understanding was signed by all parties in this case.

Although the parties have worked diligently toward finalizing settlement documentation, Defendants understand that an issue has recently arisen regarding whether proceedings in a

1 separate case may or may not impact the parties' settlement.  Defendants believe that this
2 remaining issue, as well as any final documentation issues, can be resolved through additional
3 discussions facilitated by the Honorable James Larson (ret.) of JAMS (San Francisco), the
4 mediator who assisted the parties in reaching the settlement in this case.  (*See* Dkt. No. 62)

5      Defendants request that the Court direct the parties to participate in further mediation with
6 Judge Larson to resolve any outstanding issues with the goal of submitting final settlement
7 documentation for the settlement in this case within 14 days (provided Judge Larson's schedule
8 permits).

9 Dated: October 14, 2014     **NUANCE COMMUNICATIONS, INC.**,

10        By: \_\_\_/s/ Tiffany Cheung_____
             Tiffany Cheung

12 PAUL T. FRIEDMAN
TIFFANY CHEUNG
13 MARGARET E. MAYO
MORRISON & FOERSTER LLP
14 425 Market Street
San Francisco, California 94105-2482
15 Telephone: (415) 268-7000
Fax: (415) 268-7522

17 Dated: October 14, 2014     **INFINITY CONTACT, INC.**

18        By: \_\_\_/s/ Regina McClendon_____
             Regina McClendon

20 REGINA MCCLENDON
SALLY W. MIMMS
21 LOCKE LORD LLP
44 Montgomery Street, Suite 4100
22 San Francisco, CA  94104
Telephone:    415-318-8810
23  Facsimile:     415-676-5816

24

25

26

27

28

DEFENDANTS' STATEMENT RE SETTLEMENT STATUS      2
sf- 346832713-CV-2132-YGR

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Tiffany Cheung, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Defendants' Statement Regarding Settlement Status*, and that Regina McClendon has concurred in this filing.

                                        /s/  Tiffany Cheung  
                                           Tiffany Cheung

1 **PROPOSED ORDER**

2  This matter coming before the Court on Defendants' Statement Regarding Settlement
3  Status, due and adequate notice having been given, and the Court being duly advised in the
4  premises,

5  **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED and ADJUDGED:**

6  1. The parties are directed to conduct further mediation with the Honorable James
7  Larson (ret.) of JAMS (San Francisco) within 14 days (subject to Judge Larson's schedule); and
8  2. The parties shall file a Joint Status Report regarding the status of the settlement by
9  October 28, 2014 unless a motion for preliminary approval of the settlement is filed on or before
10 that date.

11 **IT IS SO ORDERED.**

13 ENTERED: _____

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER 1
sf- 3468327CV-13-2132-YGR