Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

[Additional counsel appearing on signature page.]

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation, <br><br> *Defendants.* | Case No. 4:13-cv-02132-YGR <br><br> **PLAINTIFFS' STATEMENT REGARDING SETTLEMENT AND REQUEST FOR CASE MANAGEMENT CONFERENCE, AND [~~PROPOSED~~] ORDER** AS MODIFIED <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Action Filed: May 8, 2013 |

1      Plaintiffs William Hopwood and Teresa Martinez ("Plaintiffs"), by and through their

2 undersigned counsel, respectfully submit this statement regarding the status of the parties'

3 settlement negotiations. Plaintiffs wish to advise the Court that, despite the parties' significant

4 efforts and several months of settlement discussions, they have reached an impasse in the

5 negotiation of a written settlement agreement, including with respect to several key terms. As

6 such, and having been unable to reach a resolution of the case at this juncture, Plaintiffs

7 respectfully request that the Court set a further case management conference (at its convenience)

8 and enter a revised schedule of discovery and general case deadlines so that the litigation may

9 proceed.

10                                        Respectfully submitted,

11                                       **WILLIAM HOPWOOD** and **TERESA**
                                      **MARTINEZ**, individually and on behalf of all others
12                                       similarly situated,

13 Dated: October 14, 2014           By: /s/ Benjamin H. Richman
                                        One of Plaintiffs' Attorneys
14

15                                     Jay Edelson (Admitted *Pro Hac Vice*)
                                    jedelson@edelson.com
16                                     Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                    rbalabanian@edelson.com
17                                     Christopher L. Dore (Admitted *Pro Hac Vice*)
                                    cdore@edelson.com
18                                     Benjamin H. Richman (Admitted *Pro Hac Vice*)
                                    brichman@edelson.com
19                                     EDELSON PC
                                  350 North LaSalle Street, Suite 1300
20                                   Chicago, Illinois 60654
                                  Tel: 312.589.6370
21                                   Fax: 312.589.6378

22                                   Mark Eisen (SBN - 289009)
                                  meisen@edelson.com
23                                   EDELSON PC
                                  555 West Fifth Street, 31st Floor
24                                   Los Angeles, California 90013
                                  Tel: 213.533.4100
25                                   Fax: 213.947.4251

26                                   Stefan Coleman, Esq. (Admitted *Pro Hac Vice*)
                                  law@stefancoleman.com
27                                   LAW OFFICES OF STEFAN COLEMAN, LLC
                                  201 S Biscayne Blvd, 28th Floor
                                  Miami, Florida 33131
28                                   Tel: 877.333.9427

1          **~~PROPOSED~~ ORDER**

2          This matter coming before the Court on Plaintiffs' Statement Regarding Settlement and

3    Request for Case Management Conference, due and adequate notice having been given, and the

4    Court being duly advised in the premises,

5          **IT IS HEREBY ORDERED and ADJUDGED:**

6          1.    A case management conference is hereby set for  November 10          , 2014 at

7     2:00 p.m.   ; and,

8          2.    No later than seven (7) days prior to the case management conference, the parties

9    shall submit a joint proposed schedule of all discovery and general case deadlines.

10         **IT IS SO ORDERED.**

11

     ENTERED:  October 27, 2014          _____
12                                       HONORABLE YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28