UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HOPWOOD, ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**NUANCE COMMUNICATIONS, INC., ET AL.**,<br><br>Defendants. | Case No. 13-cv-02132-YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES; REFERRING CASE TO MANDATORY SETTLEMENT CONFERENCE** |

Now before the Court is Defendant Nuance Communication's Administrative Motion to Relate Cases. (Dkt. No. 73.) For the reasons stated on the record at the November 10, 2014, Defendants' motion is **DENIED**.

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Corley to conduct a settlement conference by no later than February 13, 2015.

Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

The parties will be advised of the date, time and place of the settlement conference by notice from the assigned magistrate judge.

This terminates Docket No. 73.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

cc: Magistrate Judge Jacqueline Corley ; MagRef Email