# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 18, 2014     **Time:** 45 minutes     **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 13-cv-02132-YGR     **Case Name:** Hopwood v. Nuance Communications, Inc.

**Attorney for Plaintiff:** Jay Edelstein; Rafey Balababian

**Attorney for Defendant:** Tiffany Cheung for Nuance; Regina McClendon for Infinity

**Deputy Clerk:** Ada Means     **Court Reporter:** Not Reported

## PROCEEDINGS

Telephonic settlement conference held.

## ORDERED AFTER HEARING

A settlement conference is set 9:00 a.m. on December 12, 2014. Clients may participate by telephone. Settlement conference statements shall be lodged with chambers by close of business on December 9, 2014 and emailed to JSCPO@cand.uscourts.gov

**Order to be prepared by:**

[ ]     Plaintiff          [ ]     Defendant          [ ]     Court