# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 12, 2014    **Time:** 2 hours    **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 13-cv-02132-YGR    **Case Name:**  Hopwood v. Nuance Communications, Inc.

**Attorney for Plaintiff:** Jay Edelson; Rafey Balabanian; Ryan Andrews

**Attorney for Defendant:** Caitlin Blythe and Tiffany Cheung for Nuance Communications Inc.; Regina McClendon for Infinity Contact, Inc.

**Deputy Clerk:** Ada Means    **Court Reporter:** Not Reported

## PROCEEDINGS

Settlement conference held.

## ORDERED AFTER HEARING

Further telephone settlement conference with defendants' counsel only set for January 5, 2015 at 2:00 p.m., counsel for Infinity Contact, Inc. shall set up the conference call and provide all parties with the dial-in access information.

**Order to be prepared by:**

[ ]    Plaintiff              [ ]    Defendant              [x]    Court