UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NUANCE COMMUNICATIONS, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-02132-YGR<br><br>**NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE** |
| THE PHOENIX INSURANCE CO., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INFINITY CONTACT, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-05905-BLF |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matters were referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

You are hereby notified that a Settlement Conference in both cases is scheduled for **January 12, 2015**, **at 11:00 a.m.**, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    1.    Counsel shall ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference. Counsel shall cooperate in providing discovery informally and expeditiously.

2. Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person not present before agreeing to any settlement does not have full authority.

3. Personal attendance of a party representative will rarely be excused by the Court. To seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any objections to the moving party's absence. Counsel must then lodge a letter with the Court, with copies to all parties, seeking to excuse the party's participation. The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection. The application to excuse a party must be lodged no later than one week prior to the Settlement Conference.

4. Settlement Conference Statements addressing insurance coverage issues shall be filed by Plaintiffs and the insurer parties (the remaining parties are welcome to file statements as well). The Statements shall be LODGED with the undersigned's Chambers (NOT electronically filed) no later than three (3) calendar days prior to the conference. Please 3-hole punch the document at the left side. Each party's Statement shall also be converted to .pdf format and emailed to JSCPO@cand.uscourts.gov.

5. The Settlement Conference Statement shall be served on all counsel. Any party may submit an additional confidential statement to the Court. The contents of this confidential statement will not be disclosed to the other parties.

6. The parties shall notify Chambers immediately at (415) 522-2172 if these cases settle prior to the date set for the Settlement Conference.

**IT IS SO ORDERED**.

Dated: December 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2