Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

Tiffany Cheung
tcheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

*Attorneys for Defendant Nuance Communications, Inc.*

Regina J. McClendon
rmcclendon@lockelord.com
Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8804
Fax: 415.676.5816

*Attorneys for Defendant Infinity Contact, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>    *Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

Plaintiffs William Hopwood and Teresa Martinez (collectively, "Plaintiffs") and Defendants Nuance Communications, Inc. and Infinity Contact, Inc. (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to set the deadline to file a motion for preliminary approval of the Parties' proposed class action settlement as February 10, 2015. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on November 10, 2014, the Court referred the action to Magistrate Judge Jacqueline Scott Corley for a settlement conference (Dkt. 81);

WHEREAS, since that referral, the Parties and counsel for the parties in the related insurance coverage action captioned *The Phoenix Ins. Co., et al. v. Infinity Contact, Inc., et al.*, No. 13-cv-05905-BLF (N.D. Cal.) (the "*Phoenix* matter") appeared jointly (and separately) before Magistrate Judge Corley for several settlement conferences (Dkts. 82 – 85);

WHEREAS, with Magistrate Judge Corley's assistance, the Parties were able to reach a final agreement on the terms of the class-wide settlement of this matter, including those terms related to Defendants' insurance policies at issue in the *Phoenix* matter;

WHEREAS, on January 20, 2015, the Parties, along with counsel for the parties in the *Phoenix* matter, appeared before Magistrate Judge Corley for a telephonic settlement conference and informed her of the same, and explained that they anticipated that their class action settlement agreement could be finalized and a motion for preliminary approval of the settlement filed on or before February 10, 2015;

WHEREAS, Magistrate Judge Corley requested that the Parties submit a stipulation to this Court requesting that it set a deadline to move for preliminary approval;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE:

1. A motion for preliminary approval of the Parties' proposed class action settlement shall be filed on or before February 10, 2015.

IT IS SO STIPULATED.

|   |   |
|---|---|
| | **WILLIAM HOPWOOD** and **TERESA MARTINEZ,** individually and on behalf of all others similarly situated, |
| Dated: January 21, 2015 | By: /s/ Benjamin H. Richman<br>         One of Plaintiffs' Attorneys |

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN – 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

|   |   |
|---|---|
| | **NUANCE COMMUNICATIONS, INC.**, |
| Dated: January 21, 2015 | By: /s/ Tiffany Cheung<br>         One of Defendant's Attorneys |

Paul T. Friedman
pfriedman@mofo.com
Tiffany Cheung
tcheung@mofo.com
Caitlin Blythe
cblythe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER         2         CASE NO. 4:13-CV-02132-YGR
SETTING PRELIMINARY APPROVAL DEADLINE

**INFINITY CONTACT, INC.**,

Dated: January 21, 2015

By: /s/ Regina J. McClendon
    One of Defendant's Attorneys

Regina J. McClendon
rmcclendon@lockelord.com
Sally W. Mimms
smimms@lockelord.com
Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8804
Fax: 415.676.5816

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Stipulation and Proposed Order Setting Deadline to File Motion for Preliminary Approval*** and that the above-referenced signatories to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman

**[~~PROPOSED~~] ORDER**

This matter coming before the Court on the Parties' Stipulation and Proposed Order Setting Deadline to File Motion for Preliminary Approval, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED and ADJUDGED:

1. A motion for preliminary approval of the Parties' proposed class action settlement of this matter shall be filed on or before February 10, 2015 ~~2014~~.

IT IS SO ORDERED.

EXECUTED: January 26, 2015

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE