Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

Paul Friedman
pfriedman@mofo.com
Tiffany Cheung
tcheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

*Attorneys for Defendant Nuance Communications, Inc.*

Regina J. McClendon
rmcclendon@lockelord.com
Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8804
Fax: 415.676.5816

*Attorneys for Defendant Infinity Contact, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HOPWOOD and TERESA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>    *Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**FINAL STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

1  Plaintiffs William Hopwood and Teresa Martinez (collectively, "Plaintiffs") and
2  Defendants Nuance Communications, Inc. and Infinity Contact, Inc. (collectively, "Defendants")
3  (Plaintiffs and Defendants together, the "Parties"), by and through their undersigned counsel,
4  hereby stipulate and agree, subject to the Court's approval, to continue Plaintiffs' deadline to file
5  the motion for preliminary approval of the Parties' proposed class action settlement to February
6  13, 2015. In support of the instant stipulation, the Parties state as follows:
7  WHEREAS, on January 26, 2015, after the conclusion of settlement conferences with
8  Magistrate Judge Jacqueline S. Corley, the Court set Plaintiffs' deadline to file a motion for
9  preliminary approval of the Parties' settlement as February 10, 2015;
10 WHEREAS, since the Court's January 26, 2015 Entry, the Parties have worked diligently
11 on the class action settlement agreement and several other related documents;
12 WHEREAS, Plaintiff requests an additional three (3) days to finalize the settlement
13 agreement, collect signatures, and file the motion for preliminary approval of the settlement;
14 WHERAS, the Parties have conferred and agreed, subject to Court approval, to a final
15 continuance of Plaintiff's deadline to file the motion for preliminary approval from February 10,
16 2015 to February 13, 2015;
17 WHEREAS, no further extension of this deadline will be sought;
18 NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE:
19 1.  The deadline to file the motion for preliminary approval of the Parties' proposed
20 class action settlement shall be continued from February 10, 2015 to February 13, 2015.
21 IT IS SO STIPULATED.

**WILLIAM HOPWOOD** and **TERESA MARTINEZ,**
individually and on behalf of all others similarly situated,

Dated: February 9, 2015   By: /s/ Benjamin H. Richman
   One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN –252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

**NUANCE COMMUNICATIONS, INC.**,

Dated: February 9, 2015            By: /s/ Tiffany Cheung_____
                                           One of Defendant's Attorneys

Paul T. Friedman
pfriedman@mofo.com
Tiffany Cheung
tcheung@mofo.com
Margaret E. Mayo
mmayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522


**INFINITY CONTACT, INC.**,

Dated: February 9, 2015            By: /s/ Regina J. McClendon_____
                                           One of Defendant's Attorneys

Regina J. McClendon
rmcclendon@lockelord.com
Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8804
Fax: 415.676.5816

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Final Stipulation to Continue Deadline to File Motion for Preliminary Approval and [Proposed] Order* and that the above-referenced signatories to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Final Stipulation to Continue Deadline to File Motion for Preliminary Approval, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED and ADJUDGED:

1. The deadline to file the motion for preliminary approval of the Parties' proposed class action settlement shall be continued from February 10, 2015 to February 13, 2015.

IT IS SO ORDERED.

EXECUTED: February 10, 2015

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE