Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

Tiffany Cheung
tcheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

*Attorneys for Defendant Nuance Communications, Inc.*

Regina J. McClendon
rmcclendon@lockelord.com
Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Tel: 415.318.8804
Fax: 415.676.5816

*Attorneys for Defendant Infinity Contact, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HOPWOOD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>*Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL AND [P~~ROPOSE~~D] ORDER**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

Plaintiff William Hopwood ("Plaintiff") and Defendants Nuance Communications, Inc. and Infinity Contact, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to continue Plaintiff's deadline to file the motion for preliminary approval of the Parties' proposed class action settlement to February 18, 2015. In support of the instant stipulation, the Parties state as follows:

WHEREAS, by Order entered February 10, 2015, the Court set February 13, 2015 as Plaintiff's deadline to file a motion for preliminary approval of the Parties' proposed class action settlement (Dkt. 89);

WHEREAS, the Parties are on the verge of executing their proposed written settlement agreement, but require a brief, five (5) day extension of the preliminary approval deadline in order to obtain the necessary signatures;

WHEREAS, on February 13, 2015, the Parties participated in a telephonic conference with Magistrate Judge Corley regarding their need for additional time to obtain the necessary signatures on the proposed settlement agreement and their belief that they would be able to do so no later than February 18, 2015;

WHEREAS, Judge Corley suggested that the Parties file a stipulation informing this Court of the status of their settlement efforts and requesting a short extension of the deadline to seek preliminary approval;

WHEREAS, in light of the foregoing, the Parties have conferred and agreed, subject to the Court's approval, that Plaintiff's deadline to file his anticipated motion for preliminary approval should be continued from February 13, 2015 to February 18, 2015;

WHEREAS, the Parties have further agreed that this will absolutely be their last request for an extension of this deadline;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE:

1. Plaintiff's deadline to file the motion for preliminary approval of the Parties' proposed class action settlement shall be continued from February 13, 2015 to February 18, 2015.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |   | **WILLIAM HOPWOOD,** individually and on behalf of all others similarly situated, |
| 2 |   |   |
| 3 | Dated: February 13, 2015 | By: /s/ Benjamin H. Richman<br>One of Plaintiff's Attorneys |
| 4 |   | Jay Edelson (Admitted *Pro Hac Vice*)<br>jedelson@edelson.com |
| 5 |   | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com |
| 6 |   | Benjamin H. Richman (Admitted *Pro Hac Vice*)<br>brichman@edelson.com |
| 7 |   | EDELSON PC<br>350 North LaSalle Street, Suite 1300 |
| 8 |   | Chicago, Illinois 60654<br>Tel: 312.589.6370 |
| 9 |   | Fax: 312.589.6378 |
| 10 |   | Samuel M. Lasser (SBN – 252754)<br>samlasser@hotmail.com |
| 11 |   | LAW OFFICE OF SAMUEL LASSER<br>1934 Divisadero Street |
| 12 |   | San Francisco, California 94115<br>Tel: 415.994.9930 |
| 13 |   | Fax: 415.776.8047 |
| 14 |   | Stefan Coleman, Esq.<br>law@stefancoleman.com |
| 15 |   | LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 S Biscayne Boulevard, 28th Floor |
| 16 |   | Miami, Florida 33131<br>Tel: 877.333.9427 |
| 17 |   |   |
| 18 |   | **NUANCE COMMUNICATIONS, INC.**, |
| 19 | Dated: February 13, 2015 | By: /s/ Tiffany Cheung<br>One of Defendant's Attorneys |
| 20 |   | Paul T. Friedman<br>pfriedman@mofo.com |
| 21 |   | Tiffany Cheung<br>tcheung@mofo.com |
| 22 |   | Margaret E. Mayo<br>mmayo@mofo.com |
| 23 |   | MORRISON & FOERSTER LLP<br>425 Market Street |
| 24 |   | San Francisco, California 94105-2482<br>Tel: 415.268.7000 |
| 25 |   | Fax: 415.268.7522 |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

|  |  |
|---|---|
|  | **INFINITY CONTACT, INC.**, |
| Dated: February 13, 2015 | By: /s/ Regina J. McClendon |
|  | One of Defendant's Attorneys |
|  | Regina J. McClendon |
|  | rmcclendon@lockelord.com |
|  | Locke Lord LLP |
|  | 44 Montgomery Street, Suite 4100 |
|  | San Francisco, California 94104 |
|  | Tel: 415.318.8804 |
|  | Fax: 415.676.5816 |

### FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Stipulation to Continue Deadline to File Motion for Preliminary Approval and [Proposed] Order*** and that the above-referenced signatories to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman

1  **[PROPOSED] ORDER**

2  This matter coming before the Court on the Parties' Stipulation to Continue Deadline to
3  File Motion for Preliminary Approval, due and adequate notice having been given, and the Court
4  being duly advised in the premises,

5  IT IS HEREBY ORDERED and ADJUDGED:

6  1.  The deadline to file the motion for preliminary approval of the Parties' proposed
7  class action settlement shall be continued from February 13, 2015 to February 18, 2015.

8  IT IS SO ORDERED.

9
10 EXECUTED: February 13, 2015    _____
                                  HONORABLE YVONNE GONZALEZ ROGERS
11                                UNITED STATES DISTRICT JUDGE