UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC., an Iowa corporation,<br><br>*Defendants*. | Case No. 4:13-cv-02132-YGR<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, CERTIFYING SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY, AND APPROVING NOTICE PLAN**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, a class action is pending before the Court entitled *Hopwood, et al. v. Nuance Communications, Inc. and Infinity Contact, Inc.*, Case No. 4:13-cv-02132 (the "Action"); and

WHEREAS, Plaintiff William Hopwood ("Plaintiff"), Defendant Nuance Communications, Inc. ("Nuance"), and Defendant Infinity Contact, Inc. ("Infinity") (Nuance and Infinity are together "Defendants" and collectively with Plaintiff the "Parties") have determined to settle all claims asserted against Defendants in the Second Amended Complaint in the Action with prejudice on the terms and conditions set forth in the Stipulation and Agreement of Settlement (the "Agreement") and fully, finally, and forever resolve, discharge, and settle the Released Claims against the Released Parties upon the terms and conditions set forth therein, subject to the approval of this Court (the "Settlement");

WHEREAS, Plaintiff having made an application pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order preliminarily approving the Settlement of the Action, in accordance with the Agreement, certifying the Settlement Class for purposes of settlement only, and allowing notice to Settlement Class Members as more fully described herein;

WHEREAS, Plaintiff Teresa Martinez voluntarily dismissed all claims she had asserted in the Action and Plaintiff Hopwood has filed a Second Amended Complaint through which he named himself as the sole Plaintiff on behalf of a class of only individuals who received calls on their cellular telephones and amended the remaining allegations to relate only to calls made to cellular telephones;

This matter coming before the Court upon the agreement of the Parties, good cause being shown, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, DECREED, and ADJUDGED as follows:

1. Terms and phrases in this Order shall have the same meaning as ascribed to them in the Agreement.

2. The Parties have moved the Court for an order approving the settlement of the Action in accordance with the Agreement, which, together with the documents incorporated therein, sets forth the terms and conditions for a proposed settlement and dismissal of the Action with prejudice against Defendants, and the Court having read and considered the Agreement and having

heard the Parties and being fully advised in the premises, hereby preliminarily approves the Agreement in its entirety subject to the Final Approval Hearing referred to in Paragraph 17 of this Order.

3. This Court finds that it has jurisdiction over the subject matter of this Action and over all Parties to the Action, including the Settlement Class.

4. The Court finds that, subject to the Final Approval Hearing, the Agreement is fair, reasonable, adequate, and in the best interests of the Settlement Class as to their claims against Defendants. The Court further finds that the Agreement substantially fulfills the purposes and objectives of the class action, and provides beneficial relief to the Settlement Class. The Court also finds that the Agreement (a) is the result of arm's length negotiations involving experienced counsel with the assistance of the Honorable James Larson (ret.) and the Honorable Jacqueline Scott Corley; (b) is sufficient to warrant notice of the Settlement and the Final Approval Hearing to the Settlement Class; (c) meets all applicable requirements of Federal Rule of Civil Procedure 23 for settlement purposes only, including that the Settlement Class is sufficiently numerous, that there are questions of law and fact common to members of the Settlement Class that predominate, that the claims of Mr. Hopwood are typical of the claims of the Settlement Class, that Mr. Hopwood and his counsel adequately represent the interests of the Settlement Class, and a settlement class action is a superior method of adjudicating this Action; (d) meets all other applicable requirements of law, including the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715; and (e) is not a finding or admission of liability by Defendants.

5. For purposes of settlement only, the Court certifies the following class as defined in the Agreement:

> All individuals who received a call on a United States wireless telephone number from Infinity for the purpose of offering one or more Nuance products between May 8, 2009 and the date of this order.

Excluded from the Settlement Class are Defendants, their officers and directors during the Settlement Class Period, the members of their immediate families, and their respective representatives, heirs, successors, and assigns. Also excluded from the Settlement Class are those

1  Persons who otherwise satisfy the above requirements for membership in the Settlement Class, but
2  who timely and validly request exclusion from the Settlement Class pursuant to the Notice to be
3  sent to Settlement Class Members.

4        6.      For purposes of settlement only:  (a) Jay Edelson, Rafey S. Balabanian, and
5  Benjamin H. Richman of Edelson PC are appointed Class Counsel for the Settlement Class; and (b)
6  Plaintiff William Hopwood is named Class Representative.  The Court finds that these attorneys are
7  competent and capable of exercising the responsibilities of Class Counsel and that Plaintiff
8  Hopwood will adequately protect the interests of the Settlement Class.

9        7.      Should the Agreement not receive the Court's final approval, should final approval
10 be reversed on appeal, or should the Agreement otherwise fail to become effective, the Court's
11 grant of class certification shall be vacated, and the Class Representative and the Settlement Class
12 would once again bear the burden of establishing the propriety of class certification. In such case,
13 neither the certification of the Settlement Class for settlement purposes, nor any other act relating to
14 the negotiation or execution of the Agreement shall be considered as a factor in connection with any
15 class certification issue(s).

16       8.      Pursuant to the Agreement, The Garden City Group is hereby appointed as
17 Settlement Administrator and shall be required to perform all the duties of the Settlement
18 Administrator as set forth in the Agreement and this Order.

19       9.      The Court approves, as to form, method, and content, the Notice, Summary Notice,
20 Long Claim Form and Short Claim Form to be provided to the Settlement Class as set forth in the
21 Agreement and Exhibits 1, 2, 3 and 4 thereto. The Court finds that such notice complies with the
22 requirements of Fed. R. Civ. P. 23 and Due Process, and constitutes the best notice practicable
23 under the circumstances.  The Court further finds that the notice is reasonably calculated to, under
24 all circumstances, apprise Settlement Class Members of the pendency of this Action, the
25 certification of the Settlement Class for purposes of the Settlement, the terms of the Agreement, and
26 the right of members to object to the Settlement or to exclude themselves from the Settlement Class.
27 The Parties, by agreement, may revise the notice in ways that are not material, or in ways that are
28 appropriate to update those documents for purposes of accuracy or formatting.

10. Pursuant to paragraph 4 of the Agreement, the notice shall be provided as follows: The Settlement Administrator shall within fourteen (14) days following the entry of this Order post notice of the Settlement on the settlement website at www.SoftwareCallSettlement.com. Within twenty-eight (28) days following the entry of this Order, the Settlement Administrator shall provide direct notice to Settlement Class Members as set forth in the Agreement. This direct notice shall be supplemented by online media to the extent necessary as set forth in the Agreement. If they have not done so already, Defendants will comply with the requirements of 28 U.S.C. § 1715 by serving notice of the proposed Settlement upon the appropriate government officials within ten (10) days after the Agreement was filed with the Court.

11. Settlement Class Members who wish to receive a payment under the Agreement must complete and submit a valid Long Claim Form or Short Claim Form. All claim forms must be postmarked or received by the Settlement Administrator no later than forty (40) days after the Notice Date.

12. Settlement Class Members who wish to exclude themselves from the Settlement Class may submit a request for exclusion by sending a written request to the Settlement Administrator postmarked on or before [Objection/Exclusion Deadline – to be inserted], which will be specified in the Notice and Summary Notice. A request for exclusion must be signed by the Settlement Class Member, and must include the Settlement Class Member's name, address, and the cellular telephone number that allegedly received a call by Infinity on behalf of Nuance during the Settlement Class Period, and must clearly state that the Person wishes to be excluded from the Action and the Agreement. A request for exclusion that does not include all of this information, or that is sent to an address other than that designated in the notice, or that is not postmarked within the time specified, shall be invalid.

13. Any Settlement Class Member who submits a valid and timely request for exclusion (i) shall not be bound by the terms of the Agreement or by the Final Judgment and Order of Dismissal with Prejudice ("Final Judgment"); (ii) shall be deemed to have waived any rights or benefits under the Agreement; and (iii) may not file an objection to the Settlement. However, any Settlement Class Member who fails to submit a valid and timely request for exclusion shall be

bound by all terms of the Agreement, the Court's Order granting class certification for settlement purposes, and the Final Judgment, regardless of whether he or she has requested exclusion from the Settlement Class.

14. Any Settlement Class Member who has not timely filed a request for exclusion may object to the fairness, reasonableness, or adequacy of the Agreement, to the Final Judgment being entered as to Defendants in accordance with the terms of the Agreement, to the attorneys' fees and expense reimbursement sought by Class Counsel, or to the award sought by the Class Representative as set forth in the Notice and Agreement. At least fourteen (14) days prior to [Objection/Exclusion Deadline – to be inserted], papers supporting the Fee Award shall be filed with the Court and posted to the settlement website. Settlement Class Members may object on their own, or may do so through separate counsel at their own expense.

15. To object, a Settlement Class Member must sign and file a written objection no later than [Objection/Exclusion Deadline – to be inserted]. To be valid, the objection must include: (1) the objector's name and address; (2) the cellular phone number that allegedly received any call promoting a Nuance product during the Settlement Class Period; (3) all grounds for the objection, including all citations to legal authority and evidence supporting the objection; (4) the name and contact information of any and all attorneys representing, advising, or in any way assisting the objector in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection; and (5) a statement indicating whether the objector intends to appear at the Final Approval Hearing (either personally or through counsel who files an appearance with the Court in accordance with the Local Rules of this District).

16. All objections and any papers submitted in support of said objection, shall be considered by the Court at the Final Approval Hearing only if, on or before [Objection/Exclusion Deadline – to be inserted] approved by the Court and specified in the Notice, the Person making an objection submits copies of such papers to the Court either by mailing them to the Class Action Clerk, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Courtroom 1, 1301 Clay Street, Oakland, California, 94612, or by filing them in person at any location of the United States District Court for the Northern District of California,

1  except that any objection made by a Settlement Class Member represented by counsel must be filed
2  through the Court's CM/ECF system. Settlement Class Members who fail to file and serve timely
3  written objections in the manner specified above shall be deemed to have waived any objections and
4  shall be foreclosed from making any objection (whether by appeal or otherwise) to the Agreement
5  at the Final Approval Hearing, or from seeking review of this Agreement by appeal or other means
6  and shall be deemed to have waived his, her or its objections and be forever barred from making
7  any such objections in the Action or any other action or proceeding. By filing an objection,
8  objectors and their counsel submit to the jurisdiction of the Court for all purposes, including but not
9  limited to subpoenas and discovery.

10  17.  The Fairness Hearing shall be held before this Court on _____, 2015 at
11  __.M. in in Courtroom 1 on the 4th Floor of the Ronald V. Dellums Federal Building, 1301 Clay
12  Street, Oakland, California to consider: (a) whether the proposed Settlement of the Action on the
13  terms and conditions provided for in the Agreement is fair, reasonable and adequate and should be
14  given final approval by the Court; (b) whether the Final Judgment should be entered; (c) whether to
15  award payment of attorneys' fees and expenses to Class Counsel; and (d) whether to award payment
16  of an incentive award to the Class Representative.

17  18.  Papers in support of final approval of the Agreement shall be filed with the Court on
18  or before _____.

19  19.  In order to protect its jurisdiction to consider the fairness of this Agreement and to
20  enter a Final Judgment and Order of Dismissal with Prejudice having binding effect on all
21  Settlement Class Members, the Court hereby enjoins all Settlement Class Members, and anyone
22  who acts or purports to act on their behalf, from pursuing all other proceedings in any state or
23  federal court that seeks to address any Released Party's or Settlement Class Member's rights or
24  claims relating to, or arising out of, any of the Released Claims.

25  20.  Settlement Class Members shall be bound by all determinations and judgments in the
26  Action concerning the Action and/or Agreement, whether favorable or unfavorable.

27  21.  In the event that the Agreement is terminated pursuant to the provisions of the
28  Agreement, then (i) the Agreement shall be null and void, and shall have no further force and effect

1  with respect to any Party in this Action, and shall not be used in this Action or in any other proceeding for any purpose; (ii) all negotiations, proceedings, and statements made in connection therewith shall be without prejudice to any person or Party hereto, shall not be deemed or construed to be an admission by any Party of any act, matter, or proposition, and shall not be used in any manner or for any purpose in any subsequent proceeding in this Action or in any other action in any court or other proceeding, provided, however, that the termination of the Agreement shall not shield from subsequent discovery any factual information provided in connection with the negotiation of this Agreement that would ordinarily be discoverable but for the attempted Settlement; and (iii) other than as expressly preserved by the Agreement in the event of its termination, the Agreement shall have no further force and effect with respect to any Party and shall not be used in the Action or any other proceeding for any purpose.

22.  The Court reserves the right to adjourn the date of the Final Approval Hearing without further notice to the members of the Settlement Class, and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to the Settlement Class. The Parties may, without further approval from the Court, agree to and adopt such amendments, modifications, and expansions of the Agreement and its implementing documents (including all Exhibits to the Agreement) within one hundred eighty (180) days of final approval so long as they are consistent in all material respects with this Order and do not affect the rights of the Settlement Class.

IT IS SO ORDERED.

Dated: _____, 2015

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE