UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HOPWOOD**,<br>    Plaintiff,<br>  v.<br>**NUANCE COMMUNICATIONS, INC., ET AL.**,<br>    Defendants. | Case No. 13-cv-02132-YGR<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 101 |

The Court has reviewed the papers submitted by the plaintiff in connection with his renewed motion for preliminary approval of class action settlement (Dkt. No. 101) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **May 12, 2015** is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: May 8, 2015

                                              _____
                                                 **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**