# LONG CLAIM FORM

Return this Claim Form to:  Settlement Administrator, [address].  Questions, visit www.SoftwareCallSettlement.com or call [toll free number].

**Instructions:**  A proposed class action settlement has been reached in a lawsuit over allegedly unauthorized calls made to cell phones by Defendant Infinity Contact, Inc. ("Infinity") on behalf of Defendant Nuance Communications, Inc. ("Nuance") (Infinity and Nuance together are "Defendants") from May 8, 2009 to [date].  The Settlement Class includes "[a]ll individuals who received a call on a United States wireless telephone from Infinity for the purpose of offering one or more Nuance products between May 8, 2009 and [date]."  Please note that while the calls were technically placed by Infinity, the calls were identified as coming from Nuance, with no mention of Infinity.

If you are a Settlement Class Member, you can use this Long Claim Form to receive a payment in the amount of up to $65 for each eligible call regarding an offer for a Nuance product that you received on your cell phone without your consent or that you received while your cell phone number was on the National Do-Not-Call list and without your consent. If your claim is approved, the amount you will receive may be reduced depending on the number of valid claims submitted.  **If you use this Long Claim Form you must submit a copy of your cell phone bill(s) showing the receipt of the relevant calls.**  If you are unable to obtain a copy of your cell phone bill(s) prior to the deadline to submit a claim, you must explain in the space provided below why you were unable to do so and when you can obtain such bill(s). (Based on your explanation, your claim may be denied or the Settlement Administrator may, but is not required to, authorize an extension of no more than 30 days to allow time for you to obtain your cell phone bill(s).)  Even if you submit a copy of your cell phone bill(s), you must still identify each call for which you are submitting this claim in the space provided below.  Each call identified below can be eligible for only one $65 payment.  **If you are unable or choose not to submit a copy of your cell phone bills, you may use the Short Claim Form instead.**  You can only submit a Short *or* Long Claim Form, *but not both*.  Visit www.SoftwareCallSettlement.com for more information.

| A. YOUR CONTACT INFORMATION |
|---|
| **Name:** _____<br>             *(First)*                                              *(Middle Initial)*                                       *(Last)* |
| **Address:** _____<br>             *(Street)*<br><br>             _____<br>             *(City)*                                                    *(State)*                                        *(Zip Code)* |
| **Cell Phone Number:** (____)_____-_____<br>(This must be the cell phone number that received the calls related to this settlement.)<br><br>**Email Address:** _____ **(optional)**<br><br>**Contact Phone Number:** (_____)_____-_____<br>(Please provide a phone number where you can be reached if further information is required.)<br><br>**Your Personal Claim Number:** _____ **(Optional, unless you received an e-mail or postcard notice.)**<br>(If you received an email or postcard notice regarding this settlement, it will list your Personal Claim Number.) |
| **B. Number of Calls and Dates Received – Calls to Your Cell Phone Without Your Consent** |

*Use this table to identify calls made to your cell phone without your prior express consent.*

I received the following number of calls on the following dates regarding an offer for a Nuance product.  These calls were made without my prior express consent.

| Date | Originating Phone Number | Number of Calls | Date | Originating Phone Number | Number of Calls | Date | Originating Phone Number | Number of Calls |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

|   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|

### C. Number of Calls and Dates Received – National Do-Not-Call Registry

*Use this table to identify calls made to your cell phone number without your consent if that number was listed on the National Do-Not-Call registry at the time the call was received, if you received at least two such calls in a 12-month period.*

I received the following number of calls on the following dates regarding an offer for a Nuance product. These calls were made without my consent to my cell phone number, which was listed on the National Do-Not-Call registry at the time each call was received.

| Date | Originating Phone Number | Number of Calls | Date | Originating Phone Number | Number of Calls | Date | Originating Phone Number | Number of Calls |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |

### D. Settlement Class Member Verification

By submitting this Claim Form and checking the boxes below, I declare that I am a member of the Settlement Class and that the following statements are true (either box 1 or 2 must be checked, either box 3(a) or 3(b) must be checked, and boxes 4 and 5 must be checked for a claim to be valid):

☐ (1) I have provided a copy of my cell phone records, and I hereby declare it is a true and correct copy of such records. I have included the accurate dates and number of calls I received from Infinity on behalf of Nuance in the space(s) above.

**-OR-**

☐ (2) I have been unable to obtain my cellular phone bill(s) prior to the deadline to submit this claim because (you must explain and provide a date within 30 days of the claims deadline by which you can obtain your cellular phone bills):

\*\*\*

☐ (3)(a) Prior to receiving any of the calls listed above in Section B, I did not provide Nuance with express consent to call my cell phone.

**-OR-**

☐ (3)(b) Prior to receiving any of the calls listed above in Section C, I did not provide Nuance with consent to call my cell phone and my cell phone number was listed on the National Do-Not-Call list at the time each call was received.

\*\*\*

☐ (4) I received all of the above-listed calls from (or placed on behalf of) Nuance on my cell phone.

☐ (5) Under penalty of perjury, all information provided in this Long Claim Form is true and correct to the best of my knowledge and belief.

Signature: _____

Print Name: _____

Date: _____

Your claim will be submitted to the Settlement Administrator for review. If your Claim Form is incomplete, untimely, or contains false information, it may be rejected by the Settlement Administrator. If accepted, you will be mailed a check at the street address you provided above in the amount of up to $65 per call that has been validated. This process takes time; please be patient.

**CLAIM FORMS MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN [Claims Deadline] TO BE ELIGIBLE FOR PAYMENT. Note: The Settlement Administrator cannot authorize an extension of more than 30 days after the claims deadline. FILE ONLINE AT: www.SoftwareCallSettlement.com OR MAIL THIS CLAIM FORM TO: Claims Administrator, [Address]. If you have questions, you may call Class Counsel at [toll-free number].**