# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC., a Delaware corporation, and INFINITY CONTACT, INC.<br><br>Defendants. | Case No. CV-13-2132-YGR<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINE<br><br>*AS MODIFIED BY THE COURT*<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

This matter came before the Court on Plaintiff's Motion for Extension of Claims Deadline. (Dkt. No. 107.) Defendants filed a response indicating that they do not oppose a 30-day extension of the deadline for certain Settlement Class Members to submit cell phone records in support of their Long Claim Forms, provided that (1) the 30-day extension would apply only to Settlement Class Members who otherwise satisfied all other prerequisites for a Long Claim Form, including the submission, by the Claims Deadline, of a Long Claim Form that properly requested an initial 30-day extension to provide cell phone records by stating on the Long Claim Form "an acceptable explanation to the Settlement Administrator regarding the reason that such documentation could not be timely acquired and when it would be submitted" ("Qualifying Extension Claimants"), and (2) the Court also permits Defendants an additional 30 days to file any supplemental briefing in support of final approval of the proposed class action settlement and to submit any challenges to claim forms (pursuant to section 6.5 of the Settlement Agreement) for resolution by the Hon. James Larson (ret.).

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINE          1
CV-13-2132-YGR

Having read and considered Plaintiff's Motion for Extension of Claims Deadline, Defendants' Joint Response to Plaintiff's Motion For Extension of Deadline, and other pleadings and papers on file herein, and good cause appearing therefore, the Court hereby GRANTS the request for a 30-day extension for Qualifying Extension Claimants to submit cell phone records in support of their Long Claim Forms and extends the case deadlines as follows:

1. The deadline for Qualifying Extension Claimants to submit cell phone records in support of their Long Claim Forms is **September 17, 2015**. This extension does not alter any other requirements for valid claims or modify the deadlines for any other claimants.

2. The deadline to file any supplemental briefing in support of final approval is **September 24, 2015**.

3. The Fairness Hearing currently set for September 8, 2015 on Plaintiff's Motions for Final Approval of Settlement (Dkt. No. 109) and Attorney Fees (Dkt. No. 106) is CONTINUED to **October 13, 2015** at **2:00 p.m.** The claims administrator shall update the class notice website accordingly.

4. The Defendants' deadline to submit any challenges to claim forms to Judge Larson pursuant to the parties' Settlement Agreement remains "prior to the Final Approval Hearing." (Dkt. No. 101-1 § 6.5.)

This Order terminates Docket Number 107.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

sf-3570584

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINE
CV-13-2132-YGR

2