UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HOPWOOD**, <br> Plaintiff, <br> v. <br> **NUANCE COMMUNICATIONS, INC., ET AL.**, <br> Defendants. | Case No. 13-cv-02132-YGR <br><br> **ORDER DENYING MOTION FOR ECF ACCESS** <br><br> Re: Dkt. No. 112 |

Purported class member Thomas Crock has moved for permission to file documents electronically through the Court's ECF system pursuant to Civil Local Rule 5-1(b). (Dkt. No. 112.) The Court, in its discretion, **DENIES** the request. Mr. Crock may present papers for manual filing pursuant to the Civil Local Rules.

This Order terminates Docket Number 112.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**